# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROADCAST MUSIC, INC.; EMI BLACKWOOD MUSIC, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; TOTALLED, INC. d/b/a SUSHI TOO MUSIC; CARL PERKINS MUSIC, INC.; FOURTEENTH HOUR MUSIC, INC.; PRONTO MUSIC, a division of COTILLION MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; WARNER- TAMERLANE PUBLISHING CORP.; UNIVERSAL-DUCHESS CORPORATION; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; COMBINE MUSIC CORP.; SPRING-TIME MUSIC, INC.; ZOMBA SONGS INC.; PAUL A. GEORGE, LUCIEN GEORGE, CURTIS BEDEAU, BRIAN GEORGE, GERARD CHARLES and HUGH CLARKE, a partnership d/b/a FORCEFUL MUSIC; EMBASSY MUSIC; JOHN CAFFERTY, JR. d/b/a JOHN CAFFERTY MUSIC; FREDERICK S. BIENSTOCK and HAMMERSTEIN MUSIC & THEATRE COMPANY, INC., a Connecticut partnership d/b/a EDWARD B. MARKS MUSIC COMPANY; DANDELION MUSIC CO., a division of JAMIE MUSIC PUBLISHING CO.; STONE DIAMOND MUSIC CORP.; SHERYL SUZANNE CROW d/b/a OLD CROW MUSIC; JEFF TROTT d/b/a TROTTSKY MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING INC. d/b/a PENER PIG PUBLISHING; PAINTED DESERT MUSIC CORPORATION, | MAGISTRATE JUDGE _____<br><br>RECEIPT #_____<br>AMOUNT $_____ 150.00<br>SUMMONS ISSUED___3___<br>LOCAL RULE 4.1_____<br>WAIVER FORM_____<br>MCF ISSUED_____<br>BY DPTY. CLK._____<br>DATE_____ 11/30/04 |
| Plaintiffs, | **04 12514 NMG** |
| v. | Civil Action No.: _____ |
| GILLIAN'S SPORTS CAFÉ, INC. d/b/a GILLIAN'S SPORTS CAFÉ and KIMBERLY A.WHITE and DAVID W. WHITE, each individually, |  |
| Defendants. |  |

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

## JURISDICTION AND VENUE

1.    This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.    Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4.    The other plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.    Upon information and belief, Defendant Gillian's Sports Café, Inc. is a corporation organized and existing under the laws of the Commonwealth of Massachusetts, which operates, maintains and controls an establishment known as Gillian's Sports Café, located at 1094 Bay Street, Taunton, Massachusetts 02780, in this district. In connection with the operation of this business, defendant Defendant Gillian's Sports Café, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

6.    Defendant Gillian's Sports Café, Inc.'s agent for service of process is Timothy J. Cleary, Esq. at 18 Cottage Avenue, Qunicy, MA 02169.

7.  Plaintiffs are informed and believe that defendant Kimberly A. White is an officer of defendant Gillian's Sports Café, Inc., with primary responsibility for the operation and management of that corporation.  She is a Massachusetts resident with an address at 3 Forge Road, Kingston, Massachusetts 02364.

8.  Plaintiffs are informed and believe that defendant David W. White  is an officer of defendant Gillian's Sports Café, Inc., with primary responsibility for the operation and management of that corporation.  He is a Massachusetts resident with an address at 3 Forge Road, Kingston, Massachusetts 02364.

9.  Plaintiffs are informed and believe that defendant Kimberly A. White has the right and ability to supervise the activities of defendant Gillian's Sports Café, Inc., and a direct financial interest in that company.

10. Plaintiffs are informed and believe that defendant David W. White has the right and ability to supervise the activities of defendant Gillian's Sports Café, Inc., and a direct financial interest in that company.

## CLAIMS OF COPYRIGHT INFRINGEMENT

11. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 10.

12. Plaintiffs allege nineteen (19) claims of copyright infringement, based upon defendants' unauthorized public performance of musical compositions from the BMI repertoire.  All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.  Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against defendants.

3

13. Annexed as Schedule A hereto and incorporated herein is a list identifying the musical compositions whose copyrights are known to have been infringed by defendants. According to plaintiffs' information and belief, defendants have infringed copyright in other musical compositions and at other times in addition to those shown on Schedule A. Schedule A contains information on the nineteen claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition who are also the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the establishment where the infringement occurred. All references hereinafter to "Lines" are to lines on the Schedule.

14. Each of the musical compositions identified on the Schedule, Line 2, was created by the persons named on Line 3.

15. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

16. On the dates listed on Line 7, plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical

4

compositions listed on Line 2.

17. On the date(s) listed on Line 7, defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of Gillian's Sports Café without a license or permission to do so. Thus, defendants have committed copyright infringement.

18. Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from plaintiff BMI that the performance on the premises of Gillian's Sports Café, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

19. The specific acts of copyright infringement alleged, as well as defendants' entire course of conduct, have caused and are causing plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at Gillian's Sports Café, defendants threaten to continue committing copyright infringement. Unless this Court restrains defendants from committing further acts of copyright infringement, plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, plaintiffs pray that:

(I)      Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)     Defendants be ordered to pay statutory damages per claim of infringement, pursuant to 17 U.S.C. Section 504(c);

    (III)    Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant

to 17 U.S.C. Section 505; and

    (IV)    Plaintiffs have such other and further relief as is just and equitable.

 

                Respectfully submitted:

Date: November 29, 2004          BROADCAST MUSIC, INC., et al,
                    Plaintiffs,

                By their attorneys,

                William S. Strong, Esq., BBO #483520
                Amy C. Mainelli, Esq., BBO#657201
                KOTIN, CRABTREE & STRONG, LLP
                One Bowdoin Square
                Boston, Massachusetts 02114
                Tel: (617) 227-7031
                Fax: (617) 367-2988

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Bitch |
| Line 3 | Writer(s) | Meredith Brooks; Shelly Peiken |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Hidden Pun Music, Inc.; Kissing Booth Music, Inc.; Totalled, Inc. d/b/a Sushi Too Music |
| Line 5 | Date(s) of Registration | 7-24-97 |
| Line 6 | Registration No(s). | PA 855-207 |
| Line 7 | Date(s) of Infringement | 9/25/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Blue Suede Shoes a/k/aTwo Toned Shoes |
| Line 3 | Writer(s) | Carl Lee Perkins |
| Line 4 | Publisher Plaintiff(s) | Carl Perkins Music, Inc. |
| Line 5 | Date(s) of Registration | 12/23/83     12/29/55 |
| Line 6 | Registration No(s). | Re 186-810     Eu 421018 |
| Line 7 | Date(s) of Infringement | 9/16/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Chain Of Fools |
| Line 3 | Writer(s) | Don Covay |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Pronto Music, a division of Cotillion Music, Inc. |
| Line 5 | Date(s) of Registration | 12/6/67    3/4/68 |
| Line 6 | Registration No(s). | Eu 27646   Ep 244289 |
| Line 7 | Date(s) of Infringement | 9/24/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Crazy |
| Line 3 | Writer(s) | Willie Nelson |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 3/6/89          10/16/61 |
| Line 6 | Registration No(s). | RE 422-869     Ep 156698 |
| Line 7 | Date(s) of Infringement | 9/17/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Everyday People |
| Line 3 | Writer(s) | Sylvester Stewart |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 1/21/69 |
| Line 6 | Registration No(s). | Eu 99873 |
| Line 7 | Date(s) of Infringement | 9/25/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Free Bird |
| Line 3 | Writer(s) | Allen Collins; Ron Van Zant |
| Line 4 | Publisher Plaintiff(s) | Universal - Duchess Music Corporation; EMI Virgin Songs, Inc. dba EMI Longitude Music |
| Line 5 | Date(s) of Registration | 12/5/73    7/14/75 |
| Line 6 | Registration No(s). | Eu 450840   Ep 340382 |
| Line 7 | Date(s) of Infringement | 9/17/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Georgia On My Mind |
| Line 3 | Writer(s) | Stuart Gorrell; Hoagy Carmichael |
| Line 4 | Publisher Plaintiff(s) | Peermusic III Ltd. |
| Line 5 | Date(s) of Registration | 12/23/57       12/31/57 |
| Line 6 | Registration No(s). | R 205803        R 205347 |
| Line 7 | Date(s) of Infringement | 9/17/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Landslide |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 6/30/75 |
| Line 6 | Registration No(s). | Eu 593046 |
| Line 7 | Date(s) of Infringement | 9/17/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Lil' Red Riding Hood |
| Line 3 | Writer(s) | Ronald Blackwell |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 5/16/66 |
| Line 6 | Registration No(s). | Ep 216796 |
| Line 7 | Date(s) of Infringement | 9/16/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 10 | |
| Line 2 | Musical Composition | Me And Bobby McGee | |
| Line 3 | Writer(s) | Kris Kristofferson; Fred Foster | |
| Line 4 | Publisher Plaintiff(s) | Combine Music Corp. | |
| Line 5 | Date(s) of Registration | 7/18/69 | |
| Line 6 | Registration No(s). | Ep 260746 | |
| Line 7 | Date(s) of Infringement | 9/24/04 | |
| Line 8 | Place of Infringement | Gillian's Sports Cafe | |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 11 | |
| Line 2 | Musical Composition | Mustang Sally | |
| Line 3 | Writer(s) | Bonny Rice | |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. | |
| Line 5 | Date(s) of Registration | 4/27/93 | 3/22/65 |
| Line 6 | Registration No(s). | RE 627-422 | Eu 873659 |
| Line 7 | Date(s) of Infringement | 9/24/04 | |
| Line 8 | Place of Infringement | Gillian's Sports Cafe | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Naughty Girls a/k/a Naughty Girls Need Love Too |
| Line 3 | Writer(s) | Lucien George, Jr.; Paul Anthony George; Brian P. George; Curtis T. Bedeau; Gerard R. Charles; Hugh L. Clarke |
| Line 4 | Publisher Plaintiff(s) | Zomba Songs Inc.; Paul A. George, Lucien George, Curtis Bedeau, Brian George, Gerard Charles and Hugh Clarke, a partnership d/b/a Forceful Music |
| Line 5 | Date(s) of Registration | 9/18/87 |
| Line 6 | Registration No(s). | PA 344-415 |
| Line 7 | Date(s) of Infringement | 9/16/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | On The Dark Side |
| Line 3 | Writer(s) | John Cafferty |
| Line 4 | Publisher Plaintiff(s) | Embassy Music; John Cafferty, Jr. d/b/a John Cafferty Music |
| Line 5 | Date(s) of Registration | 10/29/82 |
| Line 6 | Registration No(s). | PAU 457-827 |
| Line 7 | Date(s) of Infringement | 9/17/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Paradise By The Dashboard Light |
| Line 3 | Writer(s) | James Steinman ak/a Jim Steinman |
| Line 4 | Publisher Plaintiff(s) | Frederick S. Bienstock and Hammerstein Music & Theatre Company, Inc., a Connecticut Partnership d/b/a Edward B. Marks Music Company |
| Line 5 | Date(s) of Registration | 5/13/77    9/18/78 |
| Line 6 | Registration No(s). | Eu 785460    PA 13-430 |
| Line 7 | Date(s) of Infringement | 9/16/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| Line | Field | Value |
|---|---|---|
| Line 1 | Claim No. | 15 |
| Line 2 | Musical Composition | She's Some Kind Of Wonderful a/k/a Some Kind Of Wonderful |
| Line 3 | Writer(s) | J. Ellison a/k/a John Ellison |
| Line 4 | Publisher Plaintiff(s) | Dandelion Music Co., a division of Jamie Music Publishing Co. |
| Line 5 | Date(s) of Registration | 6/5/67 |
| Line 6 | Registration No(s). | Ep 232189 |
| Line 7 | Date(s) of Infringement | 9/25/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| Line | Field | Value |
|---|---|---|
| Line 1 | Claim No. | 16 |
| Line 2 | Musical Composition | Shotgun |
| Line 3 | Writer(s) | Autry DeWalt |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 1/7/65 |
| Line 6 | Registration No(s). | Ep 196803 |
| Line 7 | Date(s) of Infringement | 9/25/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| Line | Field | Value |
|---|---|---|
| Line 1 | Claim No. | 17 |
| Line 2 | Musical Composition | My Favorite Mistake |
| Line 3 | Writer(s) | Sheryl Crow, Jeff Trott |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Sheryl Suzanne Crow d/b/a Old Crow Music; Jeff Trott d/b/a Trottsky Music |
| Line 5 | Date(s) of Registration | 8/5/98 |
| Line 6 | Registration No(s). | PA 988-981 |
| Line 7 | Date(s) of Infringement | 9/25/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | |
|---|---|---|
| Line 1 | Claim No. | 18 |
| Line 2 | Musical Composition | Bad Day |
| Line 3 | Writer(s) | Carl Bell |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc.; Fuel Publishing Inc. d/b/a Pener Pig Publishing |
| Line 5 | Date(s) of Registration | 11/30/00 |
| Line 6 | Registration No(s). | PA 1-025-285 |
| Line 7 | Date(s) of Infringement | 9/16/04 |
| Line 8 | Place of Infringement | Gillian's Sports Cafe |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 19 | |
| Line 2 | Musical Composition | Ring Of Fire | |
| Line 3 | Writer(s) | June Carter; Painted Desert Music Corporation as employer for hire of Merle Kilgore | |
| Line 4 | Publisher Plaintiff(s) | Painted Desert Music Corporation | |
| Line 5 | Date(s) of Registration | 11/23/90 | 9/17/62 |
| Line 6 | Registration No(s). | RE 498-587 | Ep 167400 |
| Line 7 | Date(s) of Infringement | 9/17/04 | |
| Line 8 | Place of Infringement | Gillian's Sports Cafe | |

## Rule 7.1 Statement

| Corporation | Parent Corporation |
|---|---|
| Combine Music Corp. | The Entertainment Music Co., Inc. |
| Embassy Music | |
| EMI Blackwood Music, Inc. | Screen Gems-EMI Music, Inc. |
| EMI Longitude Music | Screen Gems-EMI Music Inc. |
| Painted Desert Music Corporation | Skidmore Music Company, Inc. |
| Peermusic III Ltd. | PSO Limited |
| Sony/ATV Acuff Rose Music | Sony Corporation Of America |
| Sony/ATV Tree Publishing | Sony Corporation Of America |
| Stone Diamond Music Corp. | EMI Music Publishing Inc. |
| Universal-Duchess Music Corporation | Vivendi Universal Entertainment LLLP |
| Universal-Songs Of Polygram International, Inc. | Vivendi Universal Entertainment LLLP |
| Warner-Tamerlane Publishing Corp. | Warner Bros. Inc. |
| Zomba Songs Inc. | Zomba Recording Corp. |

JS 44   (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

BROADCAST MUSIC, INC.,  et al

### DEFENDANTS

GILLIAN'S SPORTS CAFE, INC. d/b/a GILLIAN'S SPORTS CAFE and KIMBERLY A. WHITE and DAVID W. White, each individually

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA  02114       617-227-7031

Attorneys (If Known)

## 04 12514 NMG

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☒ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS – Third Party 26 USC 7609 |  |

## V. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION    (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action for copyright infringement, 17 USC §501. et seq.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY    (See instructions):

JUDGE _____      DOCKET NUMBER _____

DATE  11-29-04

SIGNATURE OF ATTORNEY OF RECORD   Amy C Mainelli

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) BROADCAST MUSIC, INC., et al v. GILLIAN'S
SPORTS CAFE, INC. d/b/a GILLIAN'S SPORTS CAFE and KIMBERLY A. WHITE AND
DAVID W. WHITE, each individually

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See
local rule 40.1(a)(1)).

- [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

- [X] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          *Also complete AO 120 or AO 121
                                                                                  for patent, trademark or copyright cases

- [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

- [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

- [ ] V.   150, 152, 153.

04 12514 NMG

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in
this district please indicate the title and number of the first filed case in this court.

   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See
28 USC §2403)

   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
40.1(d)).

   YES [ ]   NO [X]

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division [ ]     Central Division [ ]     Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
      agencies, residing in Massachusetts reside?

      Eastern Division [X]     Central Division [ ]     Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
yes, submit a separate sheet identifying the motions)

   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   Amy C. Mainelli, Esq., Kotin, Crabtree & Strong, LLP

ADDRESS   One Bowdoin Square, Boston, MA  02114

TELEPHONE NO.   617-227-7031

(Coversheetlocal.wpd - 10/17/02)