%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

BROADCAST MUSIC, INC., et al

V.

GILLIAN'S SPORTS CAFE, INC. d/b/a
GILLIAN'S SPORTS CAFE and KIMBERLY
A. WHITE and DAVID W. WHITE, each
individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 12514 NMG**

TO: (Name and address of Defendant)
Agent for service of process for
GILLIAN'S SPORTS CAFE, INC.

Timothy J. Cleary, Esquire
18 Cottage Avenue
Quincy, MA 02169

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esquire
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  11/30/04

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12-1-2004 |
| NAME OF SERVER (PRINT) Thomas L Savage | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3 Fogan Rd. Kingston Mass, In Hand To Kimberly A While An Officer of TNT Corp.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-1-2004
             Date

Signature of Server

427 Neck St Weymouth, Mass
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.