UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI BLACKWOOD MUSIC, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; TOTALLED, INC. d/b/a SUSHI TOO MUSIC; CARL PERKINS MUSIC, INC.; FOURTEENTH HOUR MUSIC, INC.; PRONTO MUSIC, a division of COTILLION MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; WARNER- TAMERLANE PUBLISHING CORP.; UNIVERSAL-DUCHESS CORPORATION; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; COMBINE MUSIC CORP.; SPRING-TIME MUSIC, INC.; ZOMBA SONGS INC.; PAUL A. GEORGE, LUCIEN GEORGE, CURTIS BEDEAU, BRIAN GEORGE, GERARD CHARLES and HUGH CLARKE, a partnership d/b/a FORCEFUL MUSIC; EMBASSY MUSIC; JOHN CAFFERTY, JR. d/b/a JOHN CAFFERTY MUSIC; FREDERICK S. BIENSTOCK and HAMMERSTEIN MUSIC & THEATRE COMPANY, INC., a Connecticut partnership d/b/a EDWARD B. MARKS MUSIC COMPANY; DANDELION MUSIC CO., a division of JAMIE MUSIC PUBLISHING CO.; STONE DIAMOND MUSIC CORP.; SHERYL SUZANNE CROW d/b/a OLD CROW MUSIC; JEFF TROTT d/b/a TROTTSKY MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING INC. d/b/a PENER PIG PUBLISHING; PAINTED DESERT MUSIC CORPORATION,<br><br>          Plaintiffs,<br><br>v.<br><br>GILLIAN'S SPORTS CAFÉ, INC. d/b/a GILLIAN'S SPORTS CAFÉ and KIMBERLY A. WHITE and DAVID W. WHITE, each individually,<br><br>          Defendants. | Civ.A.No.: 04cv12514NMG |

**DEMAND FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiffs Broadcast Music, Inc. ("BMI") et al. hereby demand that default be entered against defendants Gillian's Sports Café, Inc. d/b/a Gillian's Sports Café, Kimberly White and David White, individually, said defendants having been properly served with process in hand on December 1, 2004, at their usual place of abode, and having failed to answer the Complaint within the time period set by rule.

Date:   February 11, 2005

Respectfully submitted,

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorneys,

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts  02114
Tel: (617) 227-7031
Fax: (617) 367-2988

## Certificate of Service

    I, Amy C. Mainelli, hereby certify that I have this day served the foregoing document by first class mail upon all defendants in this action.

Date:  February 11, 2005                    /s/ Amy C. Mainelli
                                                        Amy C. Mainelli