UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Broadcast Music Inc., et al.,** | **C I V I L A C T I O N** |
| Plaintiff | No. 04-12514-NMG |
| V. | |
| **Gillian's Sports Café, et al.,** | |
| Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Broadcast Music Inc., et al.,</u> for an order of default for failure of the defendant <u>Gillian's Sports Cafe</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>16th</u> day of <u>March 2005.</u>

SARAH A. THORNTON, CLERK

By:  /S/ Craig J. Nicewicz
_____
**Deputy Clerk**

Notice mailed to:
   David and Kimberly White
   3 Forge Road
   Kingston, MA 02634