UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Broadcast Music Inc., et al.,**                                    **C I V I L   A C T I O N**
                            **Plaintiff**                                        **No. 04-12514-NMG**
      **V.**

**Gillian's Sports Café, et al.,**
                **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Broadcast Music Inc., et al.,</u> for an order of default for failure of the defendant <u>David W. White</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>16th</u> day of <u>March 2005.</u>

                                                        **SARAH A. THORNTON, CLERK**

                                                        /S/ Craig J. Nicewicz
                          **By:**                                _____
                                                         **Deputy Clerk**

**Notice mailed to:**
      **David W. White**
      **3 Forge Road**
      **Kingston, MA 02634**