# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Broadcast Music Inc., et al.,                                    C I V I L   A C T I O N
                              **Plaintiff**                       No. 04-12514-NMG
        **V.**

Gillian's Sports Café, et al.,
                              **Defendant**


## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Broadcast Music Inc., et al.,</u>  for an order of  default for

failure of the defendant <u>Kimberly A. White</u> to plead or otherwise defend as provided

by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this <u>16</u>th day of <u>  March 2005.</u>


                                                          **SARAH A. THORNTON, CLERK**


                                              **/S/ Craig J. Nicewicz**
                         **By:**   _____
                                            **Deputy Clerk**

Notice mailed to:
        Kimberly A. White
        3 Forge Road
        Kingston, MA 02634