# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI BLACKWOOD MUSIC, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; TOTALLED, INC. d/b/a SUSHI TOO MUSIC; CARL PERKINS MUSIC, INC.; FOURTEENTH HOUR MUSIC, INC.; PRONTO MUSIC, a division of COTILLION MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; WARNER- TAMERLANE PUBLISHING CORP.; UNIVERSAL-DUCHESS CORPORATION; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC;  COMBINE MUSIC CORP.; SPRING-TIME MUSIC, INC.; ZOMBA SONGS INC.; PAUL A. GEORGE, LUCIEN GEORGE, CURTIS BEDEAU, BRIAN GEORGE, GERARD CHARLES and HUGH CLARKE, a partnership d/b/a FORCEFUL MUSIC; EMBASSY MUSIC; JOHN CAFFERTY, JR. d/b/a  JOHN CAFFERTY MUSIC; FREDERICK S. BIENSTOCK and HAMMERSTEIN MUSIC & THEATRE COMPANY, INC., a Connecticut partnership d/b/a EDWARD B. MARKS MUSIC COMPANY; DANDELION MUSIC CO., a division of JAMIE MUSIC PUBLISHING CO.; STONE DIAMOND MUSIC CORP.; SHERYL SUZANNE CROW d/b/a OLD CROW MUSIC; JEFF TROTT d/b/a TROTTSKY MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING INC. d/b/a PENER PIG PUBLISHING; PAINTED DESERT MUSIC CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) . ) |
| v. | ) Civ.A.No.: 04cv12514NMG ) |
| GILLIAN'S SPORTS CAFÉ, INC. d/b/a GILLIAN'S SPORTS CAFÉ and KIMBERLY A.WHITE and DAVID W. WHITE, each individually, | ) ) ) ) |
| Defendants. | ) ) ) |

## AFFIDAVIT OF LAWRENCE E. STEVENS

STATE OF TENNESSEE    )
                                          SS:
COUNTY OF DAVIDSON    )

I, LAWRENCE E. STEVENS, being sworn, says:

1.      I am the Assistant Vice-President, General Licensing for BROADCAST MUSIC, INC.,
hereinafter referred to as "BMI", and I maintain an office at 10 Music Square East, Nashville,
Tennessee 37203. I am fully familiar with the facts and circumstances in this matter, as well as with
BMI's general licensing procedures.

2.      BMI is a non-profit organization, whose sole purpose is to act as a licensing agent for
the owners of copyrighted music. All the license fees that BMI collects, after payment of expenses,
goes to the songwriters and others who own copyrighted music.

3.      On behalf of copyright owners, BMI routinely sends license agreements to the
proprietors of s and other establishments, together with information explaining the need to obtain
permission from copyright owners in order to publicly perform copyrighted music lawfully in their
establishments. Copies of such correspondence are maintained at BMI's Licensing Office, under my
supervision.

4.      In February, 2003, BMI learned that an establishment known as Gillian's Sports Café
(Gillian's), located at 1094 Bay Street, Taunton, Massachusetts 02780, was offering musical
entertainment without a license from BMI, and without permission from the copyright owners whose
music was being publicly performed. On February 28, 2003, BMI sent a letter to the establishment
advising that a license was required. An information brochure and BMI license agreement containing a
license fee schedule were enclosed. The defendants were advised that BMI represented hundreds of

2

thousands of writers and publishers, and that BMI had the right to license several million musical compositions. There was no response.

     5.     BMI sent additional letters to Gillian's Sports Café on the following dates:

> March 10, 2003
> April 3, 2003
> April 23, 2003
> May 15, 2003
> July 28, 2003
> August 5, 2003
> October 2, 2003
> November 10, 2003
> December 1, 2003 (Airborne)
> December 22, 2003 (Airborne)
> March 10, 2004
> June 25, 2004
> September 30, 2004
> October 15, 2004 (DHL)
> October 19, 2004 (DHL)

Many of these letters enclosed informational brochures about music licensing and BMI, and/or license agreements ready for signature. No response was received from defendants.

     6.     BMI employs licensing personnel who work under the supervision of BMI's licensing executives. They assist BMI's licensing efforts by making telephone calls and personal visits to potential licensees. They make a contemporaneous note of each telephone call and personal visit made. Copies of these records are maintained at BMI's offices, along with copies of the correspondence discussed above.

     7.     BMI's records indicate that BMI licensing personnel telephoned Gillian's on thirty-nine occasions and on many of those spoke to persons associated with the management of the establishment. Representatives visited Gillain's in person on two different occasions, but were unable to meet with the management of the establishment.

8.    Despite BMI's efforts, the defendants failed to enter into a license agreement with BMI and continued to offer unauthorized public performance of BMI-licensed music.

9.    BMI's letters of November 10, December 1, December 22, 2003, and March 10, June 25, September 30, and October 15, 2004 expressly warned defendants against infringement of copyright. (See copies attached hereto as, collectively, Exhibit A.)

10.    Having received no meaningful response to any of these efforts, and in order to protect the rights of the publishers and writers affiliated with BMI, BMI authorized and instructed Derek Addams, a Massachusetts resident, to visit Gillian's on two separate occasions and make a written report of the music being publicly performed. Copies of Mr. Addam's Certified Infringement Reports are attached as Exhibit B. The Reports shows that all of the compositions named in Plaintiffs' Complaint were performed at Gillian's on September 16 or 24, 2004.

11.    BMI had not issued a license to any person authorizing the performance at Gillian's of any of such compositions. It is further my information and belief that none of the owners of the copyrights of any of said works had authorized such performance.

12.    BMI sent to Defendant David White a letter dated October 15, 2004, by DHL, advising him of the investigation and giving defendants a final chance to take a BMI license. A copy of this letter is attached hereto as Exhibit C.

13.    It is my information and belief that defendants are still publicly performing music licensed by BMI at Gillian's . BMI still has not received an executed license from defendants.

14.    Had defendants entered into an agreement, the annual license fee for Gillian's for the current year would have been $2,375.00 based upon the type of premises, the type(s) of music usage, and other factors as set forth in the applicable BMI license agreement. Had this location been licensed

4

by BMI for the three years immediately preceding the filing of this action (three years being the applicable statute of limitations), BMI would have received an additional $4,562.50 in license fees for a total of $6,937.50.

15.    BMI seeks statutory damages in this action pursuant to 17 U.S.C. Sec. 504(c)(1). The statute permits an award of not less than $750 or more than $30,000 per work infringed. In this case nineteen works have been infringed.  Furthermore, "[i]n a case where the copyright owner sustains the burden of proving . . . that infringement was committed willfully, the court in its discretion may increase the award of statutory damages to a sum of not more than $150,000." 17 U.S.C. Sec. 504(c)(2).  I believe that the history I have recited above makes clear that defendants infringed willfully.

16.    BMI seeks an award in this case in the amount of three times the license fees it would have been paid had defendants complied with the law.  That amounts to $20,812.50, or slightly over $1,000 per work infringed.  Courts consistently have held that a statutory damages award of three times the amount that the plaintiff would have received in licensing fees is appropriate under Section 504(c).  *See Chi-Boy Music v. Charlie Club, Inc.*, 930 F.2d 1224, 1229-30 (7th Cir. 1991); *Dream Dealers Music v. Parker*, 924 F. Supp. 1146, 1153 (S.D. Ga. 1994) (awarding three times what defendant would have paid ASCAP to be licensed).  *See also, Sailor Music v. IML Corp.*, 867 F. Supp. 565, 570 (E.D. Mich. 1994) and cases collected therein (a

"survey of statutory awards throughout the country ...[indicates] that the courts typically award three times the amount of a properly purchased license for each infringement."). Therefore I believe that our request is a modest, just, and appropriate statutory damages award, particularly in light of BMI's repeated attempts to persuade defendants to abide by the law.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _June 3_____, 2005.

_____
LAWRENCE E. STEVENS

Sworn to before me on _June 3, 2005_

_____
NOTARY PUBLIC        9/20/0

STATE
OF
TENNESSEE
NOTARY
PUBLIC
JOYCE A. JOHNSON
DAVIDSON COUNTY, TENN.

My Commission Expires SEPT. 20, 2008

6



February 28, 2003

Kimberly White                                                    AIRBORNE
Julian's Sports Cafe
1094 Bay Street
Taunton MA  02780

Dear Ms. White:

There are many licenses you must obtain when operating a business.  One that you may not know about is the license you must secure from songwriters, composers, and publishers to perform their music publicly under the United States copyright law.

As a businessperson using music to enhance the atmosphere in your restaurant or nightclub, you'll realize that obtaining individual licenses to perform every song you use would be an expensive and time-consuming process.

Representing more than 1 out of every 2 songs performed on American radio today, BMI is the largest, non-profit making organization recognized under the U.S. copyright law to license the public performances of musical works.  BMI can grant you the right to publicly perform the music of more than 300,000 songwriters, composers, and publishers through one simplified agreement and one annual fee.  Over eighty-three cents of every dollar of your fee goes directly to the BMI songwriters, composers, and publishers whose music you are performing.

Our BMI Music License was designed with input from your industry associations and actual customers to fit the way you use music in your business.  By basing our fee structure on the intensity and frequency of your music use, you are guaranteed to only pay for the music you play.

We've enclosed a new BMI Music License for your review along with a brochure written by the Better Business Bureau that describes how BMI can assist you in obtaining legal access to the approximately 4.5 million musical works in the BMI repertoire.  Once you've had a chance to review the agreement, please sign and return it in the envelope provided.

**If we receive your payment with your signed music license within 30 days, you will receive a 10% discount off your annual fee.  In addition, some state or national trade associations have discount agreements with BMI.  Contact your association to see if you qualify for one association discount only.**

If you have questions, please call BMI at 1-888-689-5264, 9 a.m. to 5 p.m. (Central Time) Monday through Friday.  For a list of all of the BMI affiliated songwriters, composers, and publishers and the music included under this agreement, please visit our World Wide Web site on the Internet at **http://www.bmi.com**.

Sincerely,

Marsha Williams
Senior Director
General Licensing

Enclosures:  EDE Music License, BBB, BRE
2979155636596/03/03/Premise State: MA

10 Music Square East, Nashville, Tennessee  37203-4399
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.        (888) 689-5264        Fax:  (615) 401-2829        ODEDPI-2.doc

ATTN:      CHRISTINE CLOVER
FROM:      DHL ICOR SYSTEM
REFERENCE:
COMMENTS:

| AIRBILL NUMBER | DATE | CHARGES | PU RTE/DB | DECLD.VAL. | DHL EXPRESS (USA) INC. |
|---|---|---|---|---|---|
| BNA 35982536575 | 02/28/03 | PREPAID | SD  404 | | 1200 S PINE ISLAND ROAD PLANTATION, FL  33324 WWW.DHL-USA.COM 1 800 CALL-DHL |

| SHIPPER AND CONSIGNEE | |
|---|---|
| S H | B M I 10 MUSIC SQ E        NASHVILLE        TN 37203 | 3-181555387 |

SENT BY  GL 615-401-2879

| C O | JULIAN S SPORTS CAFE 1094 BAY STREET      TAUNTON        MA 02780 | 0- |
|---|---|

ATTN     KIMBERLY WHITE 5088849977

| BILL TO | ENTRY STATION: BNA OPERATOR ID:   /LD |
|---|---|
| 181555387              XC7 B M I 10 MUSIC SQ E NASHVILLE        TN 37203 | FACSIMILE      BNA 940   5900111 AIR WAYBILL |

REF 31

| NO.PCS | DESCRIPTION OF CONTENTS | SRVC | WEIGHT | SCL/CMM | TOTAL CHARGES |
|---|---|---|---|---|---|
| 1 | | SDS | 1 | 95969/Z5 S   L | $        4.12 |
| A | | | | | |

| FREIGHT CHARGES     4.00 | P/U # | PICKUP | DELIVERY | SHIP VALUE PROTECTION | FEES $    0.12 | FEES APPLIED |
|---|---|---|---|---|---|---|
| | | | | | | FUEL SURCHARGE  2.9% APPLIED |
| ADVANCES ORIGIN | ADVANCE DEST. | C.O.D. FEE | C.O.D——> | | | |

THANK YOU FOR CHOOSING DHL

| RECEIVED BY | | | | | | TRFF.DEST PVD CTL-PVD | DATE | TIME | STA |
|---|---|---|---|---|---|---|---|---|---|
| X    LD    S MELLO | | OT    01291828    M82 | | | 1 | | 03/03/03 | 13:27 | PVD |



March 10, 2003

Kimberly White
Julian's Sports Cafe
1094 Bay Street
Taunton MA  02780

RE: Gillian's Sports Cafe
Music Use

Dear Ms. White:

Thank you for your interest in BMI and music licensing.  We wish to provide as much information as needed to the business community in order to clarify a subject that is often misunderstood.  You requested that BMI provide a reference to verify our authority to act on behalf of our songwriters.  BMI is a recognized licensor of music by the U. S. Copyright Law, Title 17, United States Code Subsection 114(d)(3)(E)(ii).

For a direct source, you may contact the U.S. Copyright Office at  (202) 707-3000.  For more information on music licensing, we have enclosed a **Better Business Bureau** pamphlet, "Music In the Marketplace," for either you or your attorney to review.

In addition to the Better Business Bureau, BMI is a member of many governmental and business organizations.  We recommend contacting the local business bureaus and chambers within your area as well as regional and national trade associations.  Please call us directly if you would like a complete list of trade associations that BMI belongs to.

In addition to these references, there have been many articles on music licensing in trade publications, regional and national press as well.  We would be happy to refer you to specific articles on the subject of music licensing.

If you have any further questions, please call us directly at 1-888-689-5264.

Sincerely,

Marsha Williams
Senior Director
General Licensing

Enclosures:  EDE Music License, BRE, BBB
2979155636596/03/03/Premise State: MA



10 Music Square East, Nashville, Tennessee  37203-4399      (888) 689-5264      Fax: (615) 401-2829    ODEDPRVE.doc
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.



April 3, 2003

Dave White
Julian's Sports Cafe
1094 Bay Street
Taunton MA  02780

RE: Gillian's Sports Cafe
Music Use

Dear Mr. White:

Thank you for your interest in BMI and music licensing.  We wish to provide as much information as needed to the business community in order to clarify a subject that is often misunderstood.  You requested that BMI provide a reference to verify our authority to act on behalf of our songwriters.  BMI is a recognized licensor of music by the U. S. Copyright Law, Title 17, United States Code Subsection 114(d)(3)(E)(ii).

For a direct source, you may contact the U.S. Copyright Office at  (202) 707-3000.  For more information on music licensing, we have enclosed a **Better Business Bureau** pamphlet, "Music In the Marketplace," for either you or your attorney to review.

In addition to the Better Business Bureau, BMI is a member of many governmental and business organizations.  We recommend contacting the local business bureaus and chambers within your area as well as regional and national trade associations.  Please call us directly if you would like a complete list of trade associations that BMI belongs to.

In addition to these references, there have been many articles on music licensing in trade publications, regional and national press as well.  We would be happy to refer you to specific articles on the subject of music licensing.

If you have any further questions, please call us directly at 1-888-689-5264.

Sincerely,

Marsha Williams
Senior Director
General Licensing

Enclosures:  EDE Music License, BRE, BBB
2979155636596/03/03/Premise State: MA

---

10 Music Square East, Nashville, Tennessee  37203-4399
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.        (888) 689-5264        Fax:  (615) 401-2829        ODEDPRVE.doc



April 23, 2003

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton MA  02780

Dear Mr. White:

After repeated efforts to resolve this matter by phone, I recently visited your establishment to speak with you personally about licensing the BMI music that is used in your establishment.  Though you were not available, I was able to reaffirm your need for a license and subsequently left a BMI Music License for your completion.  I anticipated that the agreement would be returned with the appropriate payment.

The purpose of this follow up letter is to make it clear that we need to bring closure to this very important issue now.  Please complete and return the License Agreement, along with your fee, in the enclosed postage paid envelope.  If you have any questions about BMI or licensing the performances of copyrighted music under the U.S. copyright law, please contact me at  1-888-689-5264.

Thank you for your prompt attention to this matter.

Sincerely,

Scot Whitaker
Licensing Executive
General Licensing

Enclosures:  EDE Music License, BRE
2979155636596/03/03/Premise State: MA



May 15, 2003

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton MA  02780

Dear Mr. White:

In recent weeks we have made numerous attempts to contact you concerning your rights and responsibilities as someone who plays BMI copyrighted music in a business. Unfortunately, we have been unable to reach an agreement regarding licensing your business.

Please understand, the U.S. Copyright Law recognizes music as the property of its creator(s) and grants them the exclusive right to perform their music in public (such as in a business). Anyone else wishing to play music in a business must first receive permission from the music's owners. As a performing rights organization, BMI serves as a representative of more than 300,000 songwriters, composers and publishers. We grant businesses legal access to approximately 4.5 million musical works through a single music performance agreement.

BMI strives to work with those who play music in their business and to make it easy for them to comply with the law. However, we are dedicated to protecting the rights of our affiliates.

To resolve this matter quickly, please return the completed BMI Music Performance Agreement, with the appropriate remittance, in the postage-paid envelope provided. If you have any questions, please contact BMI at 1-888-689-5264 9 a.m. to 5 p.m. (Central Time), Monday through Friday.

Sincerely,

Marsha Williams
Senior Director
General Licensing

Enclosures:  EDE Music License, BRE
2979155636596/03/03/Premise State: MA



July 28, 2003

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton MA  02780

Dear Mr. White:

I'm the Licensing Executive at BMI assigned to helping you with your music licensing needs. While I'm happy to provide you with my services and offer any assistance, I have been unable to elicit your cooperation in resolving this matter.  Unfortunately, this must be my last attempt to do so.

You can easily meet your obligations under the U.S. copyright law by signing the enclosed BMI Music License designed specifically for Eating & Drinking Establishments.  The fee structure of this new license assures you that you will only pay for the BMI music you play. Before turning down this offer, please remember that this is how songwriters earn their living and without the expressed written consent of the copyright owners, continued performance of BMI music is unauthorized.

This matter should receive your immediate attention.  I urge you to complete, sign and return the enclosed BMI Music License today, along with the appropriate payment.

This is my last contact with you before I turn your file over to my supervisor for review. Should you still have questions regarding this matter, please contact me at 1-888-689-5264.

Sincerely,

Scot Whitaker
Licensing Executive
General Licensing

Enclosures:  EDE Music License, BRE
2979155636596/03/03/Premise State: MA

10 Music Square East, Nashville, Tennessee  37203-4399       (888) 689-5264       Fax: (615) 401-2829       ODEDSECH.doc
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.



August 5, 2003

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton MA  02780

RE:    Gillian's Sports Cafe
       BMI Music License

Dear Mr. White:

Your file has come to my attention for review.

I note that our office has a long history of repeated contact with you regarding the necessity of signing a BMI Music License.  In correspondence directed to you on numerous occasions, the need for such a license was clearly stated and every effort has been made to resolve the matter amicably, but without success.

I also note from your file that you have been contacted on more than one occasion by a representative of BMI.  In spite of our efforts, however, we have still not received the license from you nor any explanation for the delay.

The choice is now entirely up to you.  If we are still without the completed license (enclosed), after 15 days from the date of this letter, I will be forced to consider whatever action appropriate to protect the interests of our songwriters, composers, and publishers.

Please feel free to contact me at this office if you have any questions regarding this matter.

Sincerely,

Cleve Murphy
Assistant Vice President
General Licensing

Enclosures:  EDE Music License, BRE
2979155636596/03/03/Premise State: MA

---

BMI®  10 Music Square East, Nashville, Tennessee  37203-4399
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.    (888) 689-5264      Fax:  (615) 401-2829      CMDMD.doc



October 2, 2003

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton MA  02780

Re:  Music License

Dear Mr. White:

Several weeks ago BMI sent a letter to you informing you of your need to sign and return BMI's Music License.

The purpose of this follow-up letter is to make it clear to you that we need to address this matter now.  Please use the self-addressed envelope to return the enclosed License Agreement along with the appropriate annual fee.

If you have made the decision not to sign and return the enclosed Agreement, please complete and return the form below.  Your response will help us bring closure to this very important matter.

Please be assured of our commitment to our affiliates and that the continued use of BMI licensed music without permission will leave me no alternative other than to refer this matter to our attorneys.  If you have any questions, please call me at 1-800-925-8451 .

Very truly yours,

William Bird
Director
General Licensing

Enclosures:  EDE1 Music License, Legal Aspects, BRE
03/03/Premise State:  MA

========================================================================

Re:   Gillian's Sports Cafe,                    Account ID#:  2979155636596

☐   **I have decided not to sign BMI's Music License.**

☐   **I have already signed and returned BMI's License.**

_____             _____
Signature                                              Date

10 Music Square East, Nashville, Tennessee  37203-4399          (800) 925-8451          Fax:  (615) 401-2829          Bbdmld.doc
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.



**Lawrence E. Stevens**
Assistant Vice President
General Licensing

November 10, 2003

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton, MA  02780

Re:  Gillian's Sports Cafe Inc.

Dear Mr. White:

I note that BMI has been contacting you for some time regarding the necessity of signing a BMI Music License for your establishment(s).  In correspondence and phone calls directed to you on numerous occasions, the need for such a License was clearly stated.  Every effort has been made to resolve the matter amicably, but without success.

On October 2, 2003, a letter was mailed to your attention along with a License reflecting your music usage fee of $1,800.00 for the period of 03/01/2003 to 02/29/2004 only.  This fee does not include all other unlicensed periods in which you were using music.

Copyright Infringement is a serious offense.  It is imperative that you give this your immediate attention.  I have again enclosed a BMI Music License.  Your failure to complete, sign and return the License along with the total remittance due within five (5) days, will leave me no alternative other than to refer this matter to our attorneys.

Should you have any questions, please call 1-800-925-8451.

Very Truly Yours,

Lawrence E. Stevens
Assistant Vice President
General Licensing

Enclosure:  EDE1 Music License, BRE
2979155636596/Premise State:  MA

---



December 1, 2003

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton MA  02780

AIRBORNE

Dear Mr. White:

I am an attorney in BMI's licensing department.  Your business or organization is not currently licensed to publicly perform music from the BMI repertoire.  BMI operates on a non-profit basis and represents songwriters, composers and publishers.  It is part of our responsibility in that regard to protect their copyrighted works from unlawful use without appropriate authorization.  Your BMI representative has contacted your business or organization several times in an effort to secure a license.  As of today, our records indicate that we have not received your signed agreement.  If you have already returned your signed BMI license, or otherwise secured permission to perform BMI affiliated music, please contact this office immediately at 1-877-264-2138.

We are enclosing another License Agreement for your completion and signature.  If you have questions or need assistance completing this document, please call me.

If we do not receive a completed license agreement, or a response to this letter indicating that you have otherwise licensed your BMI music, you should discontinue the public performance of music in the BMI repertory.  This is to advise you that any unlicensed performance of BMI-affiliated music may result in substantial damages under the Federal Copyright Law.

Sincerely,

William Grothe
Senior Director
General Licensing

Enclosures:  EDE1 Music License, Legal Aspects, BRE
/2979155636596/Premise State:  MA





December 22, 2003

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton, MA  02780

**AIRBORNE**

Dear Mr. White:

As you have not responded to our correspondence and in the absence of a license agreement with BMI, this shall serve as formal notice to you that effective this date, you must cease all use of BMI licensed music in your business or organization.  The continued use of music in the BMI repertoire without authorization will result in copyright infringement.  Copyright infringement is a violation of federal law.  Copyright infringement may subject you to substantial damages.  BMI is prepared to take whatever action may be necessary to protect the right of its composers and publishers.  Refer any questions regarding this matter to (888) 689-5264.

Very truly yours,

Lawrence E. Stevens
Assistant Vice President
General Licensing

LS



SIGNATURE PROOF OF DELIVERY: DETAIL

**Tracking Number:**     48807904670

**Shipment Summary:**

Shipped on:                  12/22/03
Delivered on:                12/24/03   11:38 am
Delivered to:
Signed for by:               M TWEEDELL
Pieces:                      1

**Signature:**

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

**Receiver:**

GILLIANS SPORTS CAFE
Taunton, MA   02780
United States

▶ **New Search**          ▶ **Get Tracking Detail**          ▶ **Email Signature P.O.D.**

- For further assistance please <u>Contact Us</u> .

- This information is provided subject to DHL tariffs, Terms and Conditions of Service, a <u>privacy policy</u>.

© DHL |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global/Corporate Information  |  Home





Lawrence E. Stevens
Assistant Vice President
General Licensing

March 10, 2004

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton, MA  02780

RE:    Gillian's Sports Cafe

Dear Mr. White:

This is to notify you that the cease and desist order dated December 22, 2003 (copy enclosed) remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided.  Sign and send in the enclosed license along with full remittance of fees to this office.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact this office immediately.

Sincerely,



Lawrence E. Stevens



Enclosures:  Copy of C&D Letter, MPA, BRE
2979155636596/bb/ede, 03/01/2003/Premise State:  MA



Lawrence E. Stevens
Assistant Vice President
General Licensing

June 25, 2005

Dave White
Gillian's Sports Cafe
1094 Bay Street
Taunton, MA  02780

RE:    Gillian's Sports Cafe

Dear Mr. White:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Lawrence E. Stevens

2979155636596/BB

 10 Music Square East, Nashville, Tennessee  37203-4399         (615) 401-2823        Fax: (615) 401-2861        7ccdx.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.

{2979155636596ii3463152631



Lawrence E. Stevens
Assistant Vice President
General Licensing

September 30, 2004

Dave White
Gillian's Sports Cafe
1094 Bay St
Taunton, MA  02780

                    RE:     Gillian's Sports Cafe

Dear Mr. White:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Lawrence E. Stevens

2979155636596/BB

{2979155636596ii3560153351
122~



October 15, 2004

David White
1094 Bay St.
Taunton, MA 02780

**Via DHL**

RE: Gillian's Sports Cafe

Dear Mr. White:

This is to notify you that infringement of BMI copyright controlled music occurred in your establishment on September 24, 2004 and was noted by our Music Researcher. Said infringement is in violation of the rights granted copyright proprietors by the Copyright Law of the United States. You had previously been advised that we would not permit the unauthorized use of the music we control in your establishment.

We have provided you with all the pertinent information and requested that you obtain a license to permit the public performance of BMI copyrighted music in your establishment (see the attached letter dated December 1, 2003). We remain ready to furnish you a license at fair rates. A completed license agreement covering the unlicensed period is enclosed.

| Fee Period | Fees | Paid | Balance |
|---|---|---|---|
| 3/1/2003-2/28/2004 | $2,250.00 | $0.00 | $2,250.00 |
| 3/1/2004-2/28/2005 | $2,312.50 | $0.00 | $2,312.50 |
| | | Total: | $4,562.50 |

In order to resolve this issue at this time, the enclosed license agreement should be completed, signed, and returned with a payment for all outstanding license fees $4,562.50 and Music Researcher costs $439.30, for a total of **$5,001.80**, within 5 days of receipt of this letter.

Your failure to return the signed agreement within the stated time will leave us with no alternative other than to refer this matter to our attorneys for whatever action they deem necessary.

*Please note that your fee is based on a maximum occupancy of 250, for the entire building as estimated by our representative. We could not secure the official occupancy from a local authority and therefore please respond if this estimate is not correct.

Sincerely,

Lawrence E. Stevens

Enclosures: EDE-1, BRE, 12/01/2003





October 19, 2004

Kimberly White
Gillian's Sports Cafe
1094 Bay St
Taunton, MA 02780

RE: Gillian's Sports Cafe

Dear Ms. White:

I am providing you with a copy of all of the pertinent letters sent to your establishment, a BMI License and Legal Aspects. We remain ready to furnish you a license at fair rates.

You may still obtain necessary permission to perform BMI licensed music by completing, signing and returning the enclosed license agreement form together with payment of fee within five days of receipt of this letter.

Your failure to return the signed agreement within the stated time will leave us with no alternative other than to consider whatever action appropriate for the protection of our rights.

Sincerely,

William Bird
Enclosures: MPA, BRE Letters dated: 12/01/03, 12/22/03 and 10/15/2004, Legal Aspects
**DHL**
Return Receipt Requested

 10 Music Square East, Nashville, Tennessee 37203-4399       (800) 925-8451       Fax: (615) 401-2658
® BMI and the Music Stand symbol are registered trademarks of Broadcast Music, Inc.



SIGNATURE PROOF OF DELIVERY: DETAIL

Tracking Number:    23418891554

Shipment Summary:

Delivered on:          10/21/04  1:57 pm
Delivered to:
Signed for by:         E MARTINS
Pieces:                1

Signature:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

Receiver:

Please retry later to obtain receiver infomation.

▶ New Search        ▶ Get Tracking Detail        ▶ Email Signature P.O.D.

✦ For further assistance please Contact Us .
✦ This information is provided subject to DHL tariffs, Terms and Conditions of Service, a
  privacy policy.

© DHL  |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global/Corporate Information  |  Home

# CERTIFIED INFRINGEMENT REPORT

Log Date: Day of the Week _THURSDAY_  Month _SEPTEMBER_  Date _16 TH_  Year _2004_

Name of Establishment _GILLIANS CAFE AND SPORTS BAR_

Address _1094 BAY ST._

City _TAUNTON_  State _MA._  Telephone Number ( _508_ ) _884-9977_

## ENTRY FEES

☐ Admission/Cover - Amount: $_____  ☐ Ticketed - Price: $_____  ☐ Minimum - Amount: $_____  ☑ None

## TYPE OF PERFORMANCE

☐ Live  ☑ DJ  ☐ Karaoke  ☐ VJ

Number of Performers/DJs: _1 DJ , 1 ASSISTANT_  Name of Act: _DJ KARL_

| Description of Performers/DJs, etc. | Instrumentation/Vocal | M/F |
|---|---|---|
| DJ WORE A T-SHIRT AND JEANS (BOTH ARMS AMPUTATED AT THE ELBOW, AND BOTH LEGS AT THE KNEES OR HE WAS A MIDGET. HE DID MOVE AROUND THE CLUB FREELY (WALKING) | | M |
| FEMALE DISC ASSISTANT WORE SHORTS AND A BLOUSE | | F |

### Recorded Music: Source And Type Of Equipment Used

☑ CDs  ☐ Tapes  ☐ Records  ☐ Internet Source  ☐ Music Service: _____ (If Known)

☐ DVD  ☐ Video Tapes  ☐ Radio  ☐ Satellite Radio  ☐ Other: _____

☑ TV Monitors _APPROX. 10 / 20" APPROX._ # & Size  ☐ Large Screen TVs _1 APPROX. 50"_ # & Size

### Speakers:

Type: ☐ Ceiling - Estimated # : _____  ☐ Box - Estimated #: _4_  ☑ Other

Description of Equipment And/Or Speakers: _DJ. USED A DISC PLAYER AND SMALL MONITORS (2) MOUNTED ON STANDS WITH AN EFFECTS RAC + MIXER_

## Jukebox

Name Vender Co: _UNKNOWN_  ☑ Coin Operated  ☐ Free Play  ☐ Both

Brand: _BOSE DIGITAL_  Model: _TOUCH TUNE_  JLO Cert No: _____

Vender Phone: ( )_____  Date Issued: _____

Address: _____  Expiration Date: _____

**Certified Infringement Report**

KARAOKE TITLES →

**Name of Establishment:** Guilianos

**KARAOKE 100% TIME ENTERED PREMISES:** 9:04 AM/**PM**    **TIME LEFT PREMISES:** 1:16 **AM**/PM

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:08 | ✓ | | ✓ | | DESPERADO | EAGLES | | | ✓ | | | | |
| 9:15 | ✓ | ✓ | ✓ | | DROPS STABLE | SIMPSON | | | ✓ | | | | |
| 9:19 | ✓ | | ✓ | | SIGN | ACE OF BASE | | | ✓ | | | | |
| 9:24 | ✓ | ✓ | ✓ | | GONE | IN SYNC | | | ✓ | | | | |
| 9:28 | ✓ | ✓ | ✓ | | FALLEN AWAY FROM ME | KORN | | | ✓ | | | | |
| 9:33 | ✓ | ✓ | ✓ | | HEART OF ROCK N ROLL | H. LEWIS | | | ✓ | | | | |
| 9:37 | ✓ | ✓ | ✓ | | SOAR UP THE SUN | S. CROW | | | ✓ | | | | |
| 9:41 | ✓ | ✓ | ✓ | | A LIL BIT OF YOU | PARNELL | | | ✓ | | | | |
| 9:45 | ✓ | ✓ | ✓ | | DREAM A LIL DREAM | MAMAS & PAPAS | | | ✓ | | | | |
| 9:50 | ✓ | ✓ | ✓ | | CHARLES ACE | MATHS, TODAY | | | ✓ | | | | |
| 9:55 | ✓ | ✓ | ✓ | | KILLING ME SOFTLY | (ROBERTA/FUGGESON) | | | ✓ | | | | |
| 10:00 | ✓ | ✓ | ✓ | | TOLD YOU SO | TRAVIS | | | ✓ | | | | |
| 10:04 | ✓ | ✓ | ✓ | | PARADISE BY DASH BOARD LIGHTS | MEAT LOAF | | | ✓ | | | | |
| 10:09 | ✓ | ✓ | ✓ | | SHIVER | COLD PLAY | | | ✓ | | | | |
| 10:13 | ✓ | ✓ | ✓ | | ROCKIN ME | MILLER | | | ✓ | | | | |
| 10:17 | ✓ | ✓ | ✓ | | SWEET CAROLINE | DIAMOND NEIL | | | ✓ | | | | |
| 10:21 | ✓ | ✓ | ✓ | | WONDERFUL TONITE | E. CLAPTON | | | ✓ | | | | |
| 10:25 | ✓ | ✓ | ✓ | | LIL RED RIDIN HOOD | SAM THE SHAM | | | ✓ | | | | |
| 10:30 | ✓ | ✓ | ✓ | | ONLY ONE | M. ETHERIDGE | | | ✓ | | | | |
| 10:34 | ✓ | ✓ | ✓ | | NAUGHTY GIRL | SAMANTHA FOX | | | ✓ | | | | |
| 10:39 | ✓ | ✓ | ✓ | | BLUE SUEDE SHOES | ELVIS | | | ✓ | | | | |
| 10:44 | ✓ | ✓ | ✓ | | BEAST OF BURDEN | STONES | | | ✓ | | | | |
| 10:48 | ✓ | ✓ | ✓ | | PRETTY WOMAN | ROY ORBISON | | | ✓ | | | | |
| 10:53 | ✓ | ✓ | ✓ | | A LIL BIT | SIMPSON | | | ✓ | | | | |
| 10:57 | ✓ | ✓ | ✓ | | | | | | ✓ | | | | |

SONG/SELECTION PERFORMED

revised document • 9.27.02

Name of Establishment: __Gilliars__

TIME ENTERED PREMISES: __9:24__ AM/**PM**    TIME LEFT PREMISES: __1:06__ **AM**/PM

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:02 | ✓✓ | | ✓✓ | | Don't Be Cruel | Elvis | | | | ✓ | | | |
| 11:06 | ✓✓ | | ✓✓ | | Believe | Cher | | | | ✓ | | | |
| 11:10 | | ✓ | ✓✓ | | Low Stroll | B-52's | | | | ✓ | | | |
| 11:16 | ✓✓ | | ✓✓ | | Hit Me - Best Shot | Benethar | | | | ✓ | | | |
| 11:20 | ✓✓ | | ✓✓ | | Hotel California | Eagles | | | | ✓ | | | |
| 11:25 | ✓✓ | | ✓✓ | | It's my Life | Bon Jovi | | | | ✓ | | | |
| 11:30 | | | — | | Announcements (up coming Events) | | | | | | | | |
| 11:33 | ✓✓ | | ✓✓ | | Cold As Ice | Foreigner | | | | ✓ | | | |
| 11:37 | ✓✓ | | ✓✓ | | Bad Day | Fuel | | | | ✓ | | | |
| 11:41 | ✓✓ | | ✓✓ | | Brand New Day | Creed | | | | ✓ | | | |
| 11:46 | ✓✓ | | ✓✓ | | Bed Awake | Bon Jovi | | | | ✓ | | | |
| 11:50 | ✓✓ | | ✓✓ | | Piano Man | Joel | | | | ✓ | | | |
| 11:55 | ✓✓ | | ✓✓ | | Marvin Love | Bed Co. | | | | ✓ | | | |
| 11:59 | ✓✓ | | ✓✓ | | Lil Help From My Friends | J. Cocker | | | | ✓ | | | |
| 12:04 | ✓✓ | | ✓ | | Tears in Heaven | Clapton | | | | ✓ | | | |
| 12:09 | ✓✓ | | ✓✓ | | Crazy | P. Cline | | | | ✓ | | | |
| 12:13 | ✓✓ | | ✓✓ | | Free Bird | L. Skynyrd | | | | ✓ | | | |
| 12:18 | ✓✓ | | ✓✓ | | New Drug | H. Lewis | | | | ✓ | | | |
| 12:22 | ✓✓ | | ✓✓ | | Like a woman | Tw.Pin | | | | ✓ | | | |
| 12:30 | ✓✓ | | ✓✓ | | Loose Side | Dixie Chicks | | | | ✓ | | | |
| 12:35 | ✓✓ | | ✓✓ | | My way | Limp Bizket | | | | ✓ | | | |
| 12:39 | ✓✓ | | ✓✓ | | Georgia | Charles | | | | ✓ | | | |
| 12:44 | ✓✓ | | ✓✓ | | Amanda | Boston | | | | ✓ | | | |
| | | | | | Ring of Fire | Johnny Cash | | | | | | | |

Name of Establishment: __Gillian's__

TIME ENTERED PREMISES: __9:04__ AM/**PM**

TIME LEFT PREMISES: __1:26__ **AM**/PM

Page: 4 of 5

| TIME (AM)/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:59 | ✓ | ✓ | ✓ | | Free World | N. Young | | | | ✓ | | | |
| 12:53 | ✓ | ✓ | ✓ | | Dark Side | Beaver Brown | | ✓ | ✓ | | | | |
| 12:57 | ✓ | ✓ | ✓ | | Turn The Page | Seager | | ✓ | ✓ | | | | |
| 1:26 | | | | | Program Ends / Exit Premises | | | | | | | | |

revised document - 9.27.02

SONG/SELECTION PERFORMED

Page: 5 of 5

Name of Establishment: *GILLIANS CAFE*

## DIAGRAM OF THE ESTABLISHMENT (INSIDE)*
*Indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.



### ESTABLISHMENT SIZE

☐ Posted Fire Occupancy:

☑ *Estimated Occupancy:
**300 +**    *(IF NOT POSTED)

Estimated Size Of Crowd:
**50**

Approx Square Footage:
**35 W X 58 L**

Is Alcohol Served?
☑ YES    ☐ NO

Name and number on Liquor License, if visible:
**NOT VISIBLE**

Was Dancing permitted to Live, DJ, Karaoke or Recorded music?
☑ YES    ☐ NO

Type of décor, distinctive decorations, fixtures, establishments themes, game machines, or unusual occurences that evening:

NEON SIGNS, WOOD BEAM PLASTER CEILINGS, CEILING FANS, LANTERN STYLE HANGING LIGHTING, BEAD LIGHTING TRIMS THE BAR AND MUSIC, "KAR AOKE" AREA, TABLES FOR DINING, POOL TABLES VIDEO GAMES, JUKE BOX POPCORN MACHINE, KENO

## DIAGRAM OF THE ESTABLISHMENT (OUTSIDE)



35 L X 60 W

I/We, **DEREK ADDAMS** _____ hereby certify, based upon my
            print name                    print name
personal knowledge and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing information in this Report is true and correct.

_Derek Addams_
signature

**9/17/04**
today's date

_____
signature

_____
today's date

revised document - 9.27.02

Certified Infringement Report

# CERTIFIED INFRINGEMENT REPORT

Log Date: Day of the Week _FRIDAY_    Month _SEPT._    Date _24_    Year _2004_

Name of Establishment _GILLIANS CAFE_

Address _1094 BAY ST._

City _TAUNTON_    State _MA._    Telephone Number ( _508_ ) _884-9977_

## ENTRY FEES

☑ Admission/Cover - Amount: $ _3.00_    ☐ Ticketed - Price: $_____    ☐ Minimum - Amount: $_____    ☐ None

## TYPE OF PERFORMANCE

☑ Live    ☐ DJ    ☐ Karaoke    ☐ VJ

Number of Performers/DJs:_____    Name of Act: _____

| Description of Performers/DJs, etc. | Instrumentation/Vocal | M/F |
|---|---|---|
| BLACK SLACKS AND SHIRT | LD VOCALS - CONGA'S | F |
| BROWN SHIRT BLACK SLACKS | LEAD GUITAR / VOCAL | M |
| BLACK SLACKS AND SHIRT | BASS GUITAR | M |
| BLACK T-SHIRT AND SLACKS | DRUMS | M |
| | | |
| | | |

**Recorded Music: Source And Type Of Equipment Used**

☐ CDs    ☐ Tapes    ☐ Records    ☐ Internet Source    ☐ Music Service: _____ (If Known)

☐ DVD    ☐ Video Tapes    ☐ Radio    ☐ Satellite Radio    ☐ Other: _____

☑ TV Monitors _APPROX. 10_ / Sizes _APPROX. 20"_    ☑ Large Screen TVs _1 APPROX 50"_
      # & Size                                                    # & Size

**Speakers:**    _2 - BAND P.A._

Type: ☐ Ceiling - Estimated # : _____    ☐ Box - Estimated # _2 - HOUSE_    ☑ Other

Description of Equipment And/Or Speakers: _BAND USED EV SPKS FOR VOCALS WITH MIXING CONSOLE AND FENDER BASS GUITAR VINTAGE 6-STRING GUITAR ACOUSTIC GUITAR DRUMS FULL KIT. AMPS FOR INSTRUMENTS. NO STAGE OR LIGHTING EFFECTS_

## Jukebox

Name Vender Co: _UNKNOWN_    ☑ Coin Operated    ☐ Free Play    ☐ Both

Brand: _BOSE DIGITAL_    Model: _TOUCH TUNE_    JLO Cert No:_____

Vender Phone: (_____)_____    Date Issued:_____

Address: _____    Expiration Date:_____

_revised document - 9.27.02_    **Certified Infringement Report**

Name of Establishment: __Gilians__

TIME ENTERED PREMISES: __9:05__ AM/**PM**

TIME LEFT PREMISES: __1:05__ AM/**PM**

Page: 2 of __4__

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:48 | | ✓ | ✓ | | Bobby Magee | Joplin | ✓ | | | | | | |
| 9:56 | | ✓ | ✓ | | Squeeze Box | The Who | ✓ | | | | | | |
| 10:06 | | ✓ | ✓ | | Satisfaction | Stones | ✓ | | | | | | |
| 10:10 | | ✓ | ✓ | | Gone To California | Led Zeppelin | ✓ | | | | | | |
| 10:15 | | | | | Band Break | | | | | | | | |
| 10:30 | | ✓ | ✓ | | Lay Down Sally | Clapton | ✓ | | | | | | |
| 10:34 | | ✓ | ✓ | | Buy me a Mercedes Benz | Joplin/Big Brother | ✓ | | | | | | |
| 10:39 | | ✓ | ✓ | | Chain of Fools | A. Franklin | ✓ | | | | | | |
| 10:44 | | ✓ | ✓ | | Love is Alive | Es Bolero E. | ✓ | | | | | | |
| 10:49 | | ✓ | ✓ | | Very Superstitious | S. Wonder | ✓ | | | | | | |
| 10:54 | | ✓ | ✓ | | Need To Be with me | S. Ted Aschi | ✓ | | | | | | |
| 10:58 | | ✓ | ✓ | | White Rabbit | Net Willy | ✓ | | | | | | |
| 11:04 | | ✓ | ✓ | | Love me two time | Jefferson Airplane | ✓ | | | | | | |
| 11:07 | | ✓ | ✓ | | Mustang Sally | Doors | ✓ | | | | | | |
| 11:14 | | | | | Band Break | W. Pickett | ✓ | | | | | | |
| 11:31 | | ✓ | ✓ | | I Thank you | ZZ Top | ✓ | | | | | | |
| 12:02 | | ✓ | ✓ | | Every Day People | Sly Family Stone | ✓ | | | | | | |
| 12:06 | | ✓ | ✓ | | Favorite Mistake | Sheryl Crow | ✓ | | | | | | |
| 12:11 | | ✓ | ✓ | | Dee Darlin | Beatles | ✓ | | | | | | |
| 12:15 | | ✓ | ✓ | | Tasty | ZZ Top | ✓ | | | | | | |
| 12:19 | | ✓ | ✓ | | Thank called Love | Bonnie Raite | ✓ | | | | | | |
| 12:24 | | ✓ | ✓ | | Some Kind of Wonderful | Grand Funk Railroad | ✓ | | | | | | |
| 12:29 | | ✓ | ✓ | | Tell me Something Good | Rufus | ✓ | | | | | | |
| 12:35 | | | | | | | | | | | | | |

SONG/SELECTION PERFORMED

Certified Infringement Report

Name of Establishment: __Gillian's__

Page: 3 of __4__

## SONG/SELECTION PERFORMED

| TIME (AM/PM) | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:39 | ✓ | | | | THE COKE | CLAPTON | ✓ | | | | | | |
| 12:43 | ✓ | ✓ | | | SHOT GUN | J. WALKER | ✓ | | | | | | |
| 12:45 | ✓ | ✓ | | | BITCH | M. BROOKS | ✓ | | | | | | |
| 12:49 | ✓ | ✓ | ✓ | | STING ME | BLACK CROWS | ✓ | | | | | | |
| 12:53 | ✓ | ✓ | ✓ | | BREAK DOWN | TOM PETTY | ✓ | | | | | | |
| 12:57 | ✓ | ✓ | | | HIGH RD EASY | S. VOODOO DAN | ✓ | | | | | | |
| 1:05 | | | | | LOG OUT ETE / EXIT PREMISIS | | | | | | | | |

revised document - 9.27.02

Certified Infringement Report

Name of Establishment: _Gillians_

## DIAGRAM OF THE ESTABLISHMENT (INSIDE)*
*Indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.



## DIAGRAM OF THE ESTABLISHMENT OUTSIDE )



### ESTABLISHMENT SIZE

☐ Posted Fire Occupancy:
_UNKNOWN_

☑ *Estimated Occupancy:
_300+_          *(IF NOT POSTED)

Estimated Size Of Crowd:
_60 APPROX_

Approx Square Footage:
_35' W X 58' L_

Is Alcohol Served?
☑ YES    ☐ NO

Name and number on Liquor
License, if visible:

Was Dancing permitted to Live, DJ,
Karaoke or Recorded music?
☑ YES    ☐ NO

Type of décor, distinctive decorations,
fixtures, establishments themes, game
machines, or unusual occurences that
evening:
_NEON SIGNS, WOOD BEAM
PLASTER CEILINGS CEILING
FANS LANTERN STYLE
HANGING LIGHTING BEAD
LIGHTING TOWDS THE BAR
BAND SET UP IN THE
LARGE DINING AREA FAR
LEFT OF THE MAIN ENTRANCE
POOL TABLES VIDEO GAMES,
JUKE BOX KENO POPCORN
MACHINE, P.A. SYSTEM_

I/We, _DEREK ADDAMS_ _____ hereby certify, based upon my
       print name            print name
personal knowledge and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing information in this Report
is true and correct.

_Derek Addams_          _9/25/04_
    signature              today's date

    signature              today's date

Certified Infringement Report

# BMI ®

October 15, 2004

David White
1094 Bay St.
Taunton, MA 02780

**Via DHL**

RE: Gillian's Sports Cafe

Dear Mr. White:

This is to notify you that infringement of BMI copyright controlled music occurred in your establishment on September 24, 2004 and was noted by our Music Researcher. Said infringement is in violation of the rights granted copyright proprietors by the Copyright Law of the United States. You had previously been advised that we would not permit the unauthorized use of the music we control in your establishment.

We have provided you with all the pertinent information and requested that you obtain a license to permit the public performance of BMI copyrighted music in your establishment (see the attached letter dated December 1, 2003). We remain ready to furnish you a license at fair rates. A completed license agreement covering the unlicensed period is enclosed.

| Fee Period | Fees | Paid | Balance |
|---|---|---|---|
| 3/1/2003-2/28/2004 | $2,250.00 | $0.00 | $2,250.00 |
| 3/1/2004-2/28/2005 | $2,312.50 | $0.00 | $2,312.50 |
| | | Total: | $4,562.50 |

In order to resolve this issue at this time, the enclosed license agreement should be completed, signed, and returned with a payment for all outstanding license fees $4,562.50 and Music Researcher costs $439.30, for a total of **$5,001.80**, within 5 days of receipt of this letter.

Your failure to return the signed agreement within the stated time will leave us with no alternative other than to refer this matter to our attorneys for whatever action they deem necessary.

*Please note that your fee is based on a maximum occupancy of 250, for the entire building as estimated by our representative. We could not secure the official occupancy from a local authority and therefore please respond if this estimate is not correct.

Sincerely,

Lawrence E. Stevens

Enclosures: EDE-1, BRE, 12/01/2003

