UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI BLACKWOOD MUSIC, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; TOTALLED, INC. d/b/a SUSHI TOO MUSIC; CARL PERKINS MUSIC, INC.; FOURTEENTH HOUR MUSIC, INC.; PRONTO MUSIC, a division of COTILLION MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; WARNER- TAMERLANE PUBLISHING CORP.; UNIVERSAL-DUCHESS CORPORATION; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; COMBINE MUSIC CORP.; SPRING-TIME MUSIC, INC.; ZOMBA SONGS INC.; PAUL A. GEORGE, LUCIEN GEORGE, CURTIS BEDEAU, BRIAN GEORGE, GERARD CHARLES and HUGH CLARKE, a partnership d/b/a FORCEFUL MUSIC; EMBASSY MUSIC; JOHN CAFFERTY, JR. d/b/a JOHN CAFFERTY MUSIC; FREDERICK S. BIENSTOCK and HAMMERSTEIN MUSIC & THEATRE COMPANY, INC., a Connecticut partnership d/b/a EDWARD B. MARKS MUSIC COMPANY; DANDELION MUSIC CO., a division of JAMIE MUSIC PUBLISHING CO.; STONE DIAMOND MUSIC CORP.; SHERYL SUZANNE CROW d/b/a OLD CROW MUSIC; JEFF TROTT d/b/a TROTTSKY MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING INC. d/b/a PENER PIG PUBLISHING; PAINTED DESERT MUSIC CORPORATION, <br><br>Plaintiffs, <br><br>v. <br><br>GILLIAN'S SPORTS CAFÉ, INC. d/b/a GILLIAN'S SPORTS CAFÉ and KIMBERLY A. WHITE and DAVID W. WHITE, each individually, <br><br>Defendants. | Civ.A.No.: 04cv12514NMG |

### DEFAULT JUDGMENT

Defendant  GILLIAN'S SPORTS CAFÉ, INC. d/b/a GILLIAN'S SPORTS CAFÉ and KIMBERLY A.WHITE and DAVID W. WHITE  having failed to plead or otherwise defend in this action and its default having been entered.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ 23,416.94, which is three times the license fees that BMI would have received had defendants complied with the copyright laws, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $ 300.00 .

Defendants __GILLIAN'S SPORTS CAFÉ, INC. d/b/a GILLIAN'S SPORTS CAFÉ and KIMBERLY A. WHITE and DAVID W. WHITE__ having failed to plead or otherwise defend in this action and its default having been entered,

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant ___$ 23,416.94___ the principal amount of $ 20,812.50 , with costs in the amount of $ 300.00 and prejudgment interest at the rate of 12 % from 11/30/04 to 10/26/05 in the amount of $ 2,304.44 for a total judgment of $ 23,416.94 with interest as provided by law.

Dated: 10/26/05

By the Court,

_____
Deputy Clerk

NOTE: The post judgment interest rate effective this date is 4.19 %.