# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI BLACKWOOD MUSIC, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; TOTALLED, INC. d/b/a SUSHI TOO MUSIC; CARL PERKINS MUSIC, INC.; FOURTEENTH HOUR MUSIC, INC.; PRONTO MUSIC, a division of COTILLION MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; WARNER- TAMERLANE PUBLISHING CORP.; UNIVERSAL-DUCHESS CORPORATION; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC;  COMBINE MUSIC CORP.; SPRING-TIME MUSIC, INC.; ZOMBA SONGS INC.; PAUL A. GEORGE, LUCIEN GEORGE, CURTIS BEDEAU, BRIAN GEORGE, GERARD CHARLES and HUGH CLARKE, a partnership d/b/a FORCEFUL MUSIC; EMBASSY MUSIC; JOHN CAFFERTY, JR. d/b/a JOHN CAFFERTY MUSIC; FREDERICK S. BIENSTOCK and HAMMERSTEIN MUSIC & THEATRE COMPANY, INC., a Connecticut partnership d/b/a EDWARD B. MARKS MUSIC COMPANY; DANDELION MUSIC CO., a division of JAMIE MUSIC PUBLISHING CO.; STONE DIAMOND MUSIC CORP.; SHERYL SUZANNE CROW d/b/a OLD CROW MUSIC; JEFF TROTT d/b/a TROTTSKY MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FUEL PUBLISHING INC. d/b/a PENER PIG PUBLISHING; PAINTED DESERT MUSIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GILLIAN'S SPORTS CAFÉ, INC. d/b/a GILLIAN'S SPORTS CAFÉ and KIMBERLY A.WHITE and DAVID W. WHITE, each individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ.A.No.: 04cv12514NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF AMY C. MAINELLI

I, Amy C. Mainelli, of Cambridge, Massachusetts, hereby under oath declare as follows:

1. I am an associate at Kotin, Crabtree & Strong, LLP and we represent Plaintiffs Broadcast Music, Inc. et al in this action.

2. The total amount of attorney's fees incurred in this matter through the date of this affidavit is $2,673.50, all of which has been billed to or paid by plaintiffs.

3. The total amount of cash disbursements and other expenses incurred in this matter through the date of this affidavit is $352.30, all of which has been billed to or paid by plaintiffs.

4. The total of fees and expenses is thus $3,025.80.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.


October 31, 2005_____          /s/ Amy C. Mainelli_____
Date                               Amy C. Mainelli

2