Motion to vacate judgement by defendent

    Now come all 3 defendents David White, Kimberly White & Gillians café, case #/ civil action # 04 cv12514 NMG, who request that this court vacate the judgement of default against the 3 named in the above captioned case, In support hereby the defendents assurts that allows a valid defence against this case, and allowense of this motion, will not be prededicial to the plaintifs, wherefore the defendents request that the judgement for default be vacated, and that this case be on the list of cases awaiting trial. We also request motion for reconsideration to set aside default judgment.

Thank You

Phone
7815854842/7812482723
3 forge rd kingston ma 02364