UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Broadcast Music, Inc. et al**
    **Plaintiff(s)**

  v.        CIVIL ACTION NO. 04-12514 NMG

**Gilian's Sports Café, Inc. et al**
    **Defendant(s)**

## AMENDED DEFAULT JUDGMENT

Nathaniel M. Gorton, D.J.

  Defendant Gillian's Sport Café, Inc. d/a/ Gillian's Sports Café and Kimberly A. White and David W. White having failed to plead or otherwise defend in this action and its default having been entered,

  Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ 23,838.30 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $ 300.00.

  It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Gillian's Sport Café, Inc. d/a/ Gillian's Sports Café and Kimberly A. White and David W. White the principal amount of $ 28,838.30, with costs in the amount of $ 300.00 and prejudgment interest at the rate of 12 % from 11/30/04 to 10/26/05 in the amount of $ 3,025.80 for a total judgment of $23,838.30 with interest as provided by law.

                By the Court,

Dated: 4/5/06            /s/ Elizabeth E. Sonnenberg
                    Deputy Clerk

NOTE: The post judgment interest rate effective this date is  4.77  %.

(Default Judgment.wpd - 12/98)